BEFORE THE THIRD DIVISION, JULY 21, 1938

**No. 39056.**—Protests 933930–G, etc., of W. A. Taylor & Co. et al. (New York).

Opinion by CLINE, J. The protests were submitted without the introduction of evidence in support of the claims made. On the records presented the protests were overruled.

**No. 39057.**—Protest 926569–G of Miss Belle Williams (Baltimore).

Opinion by CLINE, J. There was nothing in the record to support the claim made. The protest was therefore overruled.

**No. 39058.**—Protest 906865–G of M. Pressner & Co. (New York).

Opinion by CLINE, J. The exhibit is made of metal and decorated on the outside with a picture in gold and blue painted on a black background of enamel. It has two compartments of equal size large enough to hold matches and there is a slit for the insertion of scratching paper. The collector's classification as smokers' articles was not refuted by any evidence introduced. The protest was therefore overruled. *United States* v. *Kaufman* (14 Ct. Cust. Appls. 264, T. D. 41881) cited.

**No. 39059.**—Protest 915343–G of Leonard W. Moritz Co. (New York).

Opinion by CLINE, J. Compliance with the regulations as to proof of antiquity is a condition precedent to free entry under paragraph 1811. *Grieve* v. *United States* (T. D. 46895) cited. As these regulations were not complied with the protest was overruled.

**No. 39060.**—Protest 793108–G of Genesee Brewing Co., Inc. (Rochester).

Opinion by CLINE, J. The protest was submitted without evidence in support of the claim made. It was therefore overruled.

**No. 39061.**—Protests 945012–G, etc., of Wenchow Importing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the vases in question were held dutiable at 70 percent ad valorem under paragraph 212, Tariff Act of 1930, and the wooden stands at 33⅓ percent under paragraph 412.